United States Bankruptcy Court

Southern District of Indiana

In re:  
Fernell Keith McDonald  
    Debtor

Case No. 15-80849-JJG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0756-2      User: admin      Page 1 of 3  
Date Rcvd: May 21, 2021      Form ID: b3180w      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Fernell Keith McDonald, P.O. Box 13, Linton, IN 47441-0013 |
| cr | + | Gregg Roudebush, 110 South Dayton, Worthington, IN 47471-1607 |
| cr | + | Steve Madison, 79 Concord Road, Spencer, IN 47460-7511 |
| 13737305 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13648757 | + | Bloomfield State Bank, P.O. Box 407, Bloomfield, IN 47424-0407 |
| 13648762 | + | Dale Barker, 1950 Berne Avenue, Terre Haute, IN 47805-2545 |
| 13648763 | + | Fred & Cathy Markle, 44 South Main Street, Linton, IN 47441-1819 |
| 13648764 | + | Gregg Roudebush, c/o The Rowe Law Firm, 1418 North 1000 West, Linton, IN 47441-5015 |
| 13648765 | + | Gregg Roudebush & Steve Madison, c/o The Rowe Law Firm, 1418 N 1000 West, Linton, IN 47441-5015 |
| 13648767 | + | Indiana Department Of Revenue, c/o Premiere Credit, P.O. Box 19309, Indianapolis, IN 46219-0309 |
| 13648772 | + | Steve Madison, c/o The Rowe Law Firm, 1418 North 1000 West, Linton, IN 47441-5015 |
| 13648773 | + | Sullivan County Community Hospital, P.O. Box 10, Sullivan, IN 47882-0010 |
| 13648774 | + | Thomas R. Pafford, 1359 A Street NE, P.O. Box 614, Linton, IN 47441-0614 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 13648755 | + | EDI: AMEREXPR.COM | May 22 2021 01:08:00 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 13709270 | | EDI: BECKLEE.COM | May 22 2021 01:08:00 | American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 13648756 | | EDI: BANKAMER.COM | May 22 2021 01:08:00 | Bank Of America, P.O. Box 982235, El Paso, TX 79998 |
| 13648758 | + | EDI: CAPITALONE.COM | May 22 2021 01:08:00 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 13648759 | + | EDI: CAPITALONE.COM | May 22 2021 01:08:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13710299 | | EDI: CAPITALONE.COM | May 22 2021 01:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13648760 | + | EDI: CAPITALONE.COM | May 22 2021 01:08:00 | Capital One/Menards, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 13734350 | + | Email/Text: bncmail@w-legal.com | May 21 2021 21:47:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13648761 | + | Email/Text: llundy@cranecu.org | May 21 2021 21:46:00 | Crane Federal Credit Union, 300 Highway 361, Crane, IN 47522-5095 |
| 13653533 | + | Email/Text: llundy@cranecu.org | May 21 2021 21:46:00 | Crane Federal Credit Union, 1 West Gate Drive, Odon, IN 47562-5617 |
| 13648766 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | | |

| | | | |
|---|---|---|---|
| 13690183 | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | May 21 2021 21:47:00 | Indiana Department Of Revenue, 100 North Senate Avenue, Indianapolis, IN 46204 |
| | | May 21 2021 21:47:00 | Indiana Department of Revenue, Bankruptcy Section, 100 North Senate Avenue, Room N240, Indianapolis, IN 46204 |
| 13648768 | EDI: IRS.COM | May 22 2021 01:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13648769 | + Email/Text: FFBBANKRUPTCY@BANKATFIRST.COM | May 21 2021 21:46:00 | Main Source Bank, 201 North Broadway, Greensburg, IN 47240-1701 |
| 13756514 | Email/Text: newbk@Regions.com | May 21 2021 21:47:00 | REGIONS BANK, P O BOX 10063, BIRMINGHAM, AL 35202-0063 |
| 13841249 | + Email/Text: newbk@Regions.com | May 21 2021 21:47:00 | Regions Bank, Regions Mortgage, 7130 Goodlett Farms Pkwy #A4W, Cordova, TN 38016-4991 |
| 13648770 | + Email/Text: newbk@Regions.com | May 21 2021 21:47:00 | Regions Bank, P.O. Box 110007, Birmingham, AL 35288-0001 |
| 13648771 | + Email/Text: mtg.bankruptcy@regions.com | May 21 2021 21:47:00 | Regions Mortgage, P.O. Box 18001, Hattiesburg, MS 39404-8001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald L Decker | ecfmail@decker13trustee.com  ddecker13@ecf.epiqsystems.com |
| John R Himes | on behalf of Debtor Fernell Keith McDonald HIMESLAWOFFICE@AOL.COM  himeslaw@himeslawoffice.com |
| Scott E. Racop | on behalf of Creditor Steve Madison racoplaw@aol.com  bk@racoplaw.com |
| Scott E. Racop | on behalf of Creditor Gregg Roudebush racoplaw@aol.com  bk@racoplaw.com |
| Susan Marie Woolley | on behalf of Creditor Regions Bank usdcsdecfbk@feiwellhannoy.com  usdcsdecfbk@feiwellhannoy.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

District/off: 0756-2                                   User: admin                                   Page 3 of 3
Date Rcvd: May 21, 2021                          Form ID: b3180w                             Total Noticed: 31
TOTAL: 6

| Information to identify the case: | |
|---|---|
| Debtor: **Fernell Keith McDonald** <br> Name | Social Security number or ITIN: xxx–xx–5005 <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | |
| Case number: **15–80849–JJG–13** | |

# Order of Discharge

12/2018

**IT IS ORDERED** that a discharge under 11 U.S.C. § 1328(a) is granted to the following debtor:

Fernell Keith McDonald

Dated: **May 21, 2021**     By the court: /s/ Jeffrey J. Graham
                              Judge, U.S. Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay the debtor damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtor's property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Pursuant to 11 U.S.C. § 524(f), this order does not prevent the debtor from paying any debt voluntarily.

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts provided for by the chapter 13 plan.

In a case involving community property, special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Debtor Fernell Keith McDonald                                                                                              Case number 15–80849–JJG–13

## Explanation of Bankruptcy Discharge in a Chapter 13 Case (continued)

**Some debts are not discharged**
Examples of debts that are not discharged are listed below:

- Debts that are domestic support obligations.

- Debts for most student loans.

- Debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan.

- Debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case.

- Debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction.

- Some debts which the debtor did not properly list.

- Debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due.

- Debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained.

- Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual.

- Debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a Chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**